UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM HUSS,<br><br>                          Plaintiff,<br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.<br><br>                          Defendant. | DOCUMENT ELECTRONICALLY FILED<br><br>CIVIL ACTION NO. _____<br><br><br><br>NOTICE OF REMOVAL |

To:    THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

The above-named Defendant hereby gives notice of removal of Case No. LACV041447 from the Iowa District Court for Dallas County to the United States District Court for the Southern District of Iowa, Central Division. In support thereof, Defendant states as follows:

1. Plaintiff William Huss ("Plaintiff") commenced this action on or about October 26, 2018 by filing a Petition at Law and Jury Demand against Defendant in the Iowa District Court for Dallas County, captioned *William Huss v. Sun Pharmaceutical Industries, Inc.*, Case No. LACV041447 (the "State Action"). True and correct copies of the Original Notice and Petition are attached hereto as **Exhibit A**.

2. Plaintiff served Defendant with a copy of the Original Notice and Petition on November 2, 2018.

3. No further proceedings have been had herein.

4. Plaintiff is a citizen of the State of Iowa. (Compl. ¶1.)

5. Defendant is a corporate entity that is incorporated under the laws of Michigan and maintains its principal place of business in New Jersey. Defendant, therefore, is a citizen of Michigan and New Jersey for removal purposes.

6.   As Plaintiff and Defendant are citizens of different states, complete diversity exists pursuant to 28 U.S.C. § 1332.

7.   Plaintiff seeks damages, liquidated damages, and attorneys' fees that together total more than $75,000. Accordingly, the amount in controversy exceeds the sum or value of $75,000 pursuant to 28 U.S.C. § 1332.

8.   Defendant removed this action within thirty (30) days of receiving a copy of the Original Notice and Petition. Thus, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446.

Respectfully submitted,
BELLIN McCORMICK, P.C.

By: _____
Michael R. Reck, Esq.
Erika Bauer, Esq.
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Tel: (515) 283-4645
Fax: (515) 558-0645
mrreck@belinmccormick.com
elbauer@belinmccormick.com
*Attorneys for Defendant*

REED SMITH, LLP

John T. McDonald, Esq.
(*pro hac vice* to be filed)
Saranne E. Weimer, Esq.
(*pro hac vice* to be filed)
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel. (609) 987-0050
Fax. (609) 951-0824
jmcdonald@reedsmith.com
sweimer@reedsmith.com

CERTIFICATE OF SERVICE

The undersigned certified that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on 11/21, 2018 by

__X__ Electronic Filing System  ____ Other

Jon Garner, Esq.
Hartung Schroeder Law Firm
303 Locust Street, Suite 300
Des Moines, IA 50309
garner@hartungschroeder.com
*Attorney for Plaintiff*

Signature: _____