IN THE IOWA DISTRICT COURT FOR DALLAS COUNTY

| | |
|---|---|
| WILLIAM HUSS,<br>      Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.,<br>      Defendant. | Case No.:<br><br>ORIGINAL NOTICE |

TO THE ABOVE NAMED DEFENDANT:

    You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendants in this action.  A copy of the petition (and any documents filed with it) is attached to this notice.  The attorney for the plaintiff is Jon Garner of Hartung Schroeder, LLP, whose address is 303 Locust Street, Ste. 300, Des Moines, Iowa 50309.  That attorney's telephone number is (515) 282-7800, and fax number is (515) 282-8700.

    You must serve a motion or answer within twenty days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court located at the Polk County Courthouse, 500 Mulberry Street, Des Moines, Iowa 50309.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

    This case has been filed in a county that utilizes electronic filing.  General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, division VI.

    If you need assistance to participate in court because of a disability, call the disability coordinator at 515-286-3394.  Persons who are hearing or speech impaired may call Relay Iowa TTY at 1-800-735-2942.  Disability coordinators cannot provide legal advice.

---

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE
TO PROTECT YOUR INTERESTS.**

E-FILED 2018 OCT 26 4:19 PM DALLAS - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LACV041447
County Dallas

Case Title   WILLIAM HUSS V. SUN PHARMACEUTICAL INDUSTRIES, INC

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued   10/26/2018 04:19:25 PM



District Clerk of  Dallas              County

/s/ Linda Bever

IN THE IOWA DISTRICT COURT FOR DALLAS COUNTY

| | |
|---|---|
| WILLIAM HUSS,<br>      Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.,<br>      Defendant. | Case No.:<br><br>PETITION AT LAW AND JURY DEMAND |

COMES NOW the Plaintiff, by and through his attorney, Jon Garner, and for his Petition in the above-captioned matter states as follows:

### PARTIES

1. Plaintiff William Huss is now, and at all times pertinent to this litigation has been, a resident of Dallas County, Iowa.

2. Defendant Sun Pharmaceutical Industries, Inc. (hereinafter "Defendant" or "Sun Pharmaceutical") is now, and at all times pertinent to this litigation has been, a Michigan corporation with offices in Cranbury, New Jersey and Princeton, New Jersey.

3. Defendant employs personnel across the United States, including the State of Iowa.

### JURISDICTION AND VENUE

4. The events giving rise to this litigation occurred in Dallas County, Iowa.

5. The amount in controversy as a result of the events alleged in this Petition is in excess of the amount necessary for the maintenance of this action in the Iowa District Court for Dallas County and exceeds the jurisdictional amount set forth in all applicable rules.

## FACTS

6. Plaintiff re-alleges paragraphs 1-5 and incorporates them by this reference as if fully re-written herein.

7. Plaintiff began his employment with Defendant on or about August 8, 2016.

8. Plaintiff was employed by Defendant as a Strategic Market Director for the Central Territory.

9. Plaintiff's territory consisted of Iowa, Minnesota, South Dakota, North Dakota, Nebraska, Kansas, and Missouri.

10. Plaintiff's employment duties were carried out in the above referenced states or from his home in Dallas County, Iowa when not travelling.

11. Plaintiff's employment with Defendant ended on March 31, 2018, when he voluntarily resigned his employment with the company.

12. Over the course of his employment, Plaintiff received both an annual salary from Defendant and incentive payments based on his performance during each selling cycle.

13. Per Defendant's Incentive Plan Eligibility Policy, an employee is entitled to receive the incentive payment earned during the particular selling cycle if the employee is employed by Defendant on the final day of the relevant selling cycle.

14. The relevant selling cycle at issue ended on March 31, 2018.

15. Plaintiff was fully employed by Defendant worked through the end of the relevant selling cycle – March 31, 2018.

16. Upon not receiving his bonus compensation for the above referenced selling cycle in a timely manner, Plaintiff contacted a representative of Defendant on three separate occasions (06/19/18, 06/26/18 and 07/02/18) to inquire about the status of his incentive bonus and when it would be paid.

17. On or about 07/02/18 Plaintiff was informed by Defendant that he was not eligible to receive an incentive payment for the most recent selling cycle.

18. Plaintiff was eligible for and fully earned the incentive payment at issue due to his continued employment through the end of selling cycle (03/31/18).

## VIOLATION OF THE IOWA WAGE PAYMENT COLLECTION ACT
## IOWA CODE3 §91A

19. Plaintiff re-alleges paragraphs 1-18 and incorporates them by this reference as if fully re-written herein.

20. Plaintiff is a resident of Iowa and conducted a substantial portion of his work on behalf of Defendant within the State of Iowa.

21. Defendant is an "employer" within the meaning of the Iowa Wage Payment Collection Act, Iowa Code §91A.

22. Plaintiff is an "employee" within the meaning of the Iowa Wage Payment Collection Act.

23. The incentive payments at issue constitute "wages" earned under the Iowa Wage Payment Collection Act.

24. Defendant has failed to pay Plaintiff the full amount of wages he earned in violation of the Iowa Wage Payment Collection Act.

25. Defendant's actions violate the Iowa Wage Payment Collection Act.

26. The actions of the Defendant have proximately caused Plaintiff to suffer damages, including, but not limited to, past lost wages, attorney fees and court costs.

27. Defendant's failure to pay Plaintiff the wages he has earned is intentional, and as such, Defendant has willfully and intentionally violated the Iowa Wage Payment Collection Act.

28. Plaintiff is entitled to unpaid wages, attorney fees, and costs due to Defendants willful and intentional violation of the Iowa Wage Payment Collection Act.

WHEREFORE, based upon the above-stated facts and cause of action, Plaintiff William Huss respectfully requests this Court fully, fairly, and adequately compensates him for all damages allowed by law.

### JURY DEMAND

Plaintiff demands a trial by jury on all issues in the above-captioned matter that are triable to a jury.

Respectfully Submitted by:

    /s/ Jon Garner
Jon Garner     AT0002787
Hartung Schroeder Law Firm
Homestead Building – Suite 300
303 Locust Street
Des Moines, IA  50309
(515) 282-7800 / (515) 282-8700 (fax)
Garner@hartungschroeder.com
**ATTORNEYS FOR PLAINTIFF**